UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RILEY,

    Plaintiff,

v.                                                          Case No. 8:22-cv-0554-KKM-JSS

HOME DEPOT U.S.A., INC., and
CITIBANK N.A.,

    Defendants.
_____

## ORDER

    The plaintiff has filed a notice of settlement. (Doc. 23.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, the dismissal shall be **with prejudice**.

    The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on August 23, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge